# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-24-00773-CV

**Nathanael Jack, Appellant**

**v.**

**MFT - Creekside Vue, LLC, Appellee**

### FROM COUNTY COURT AT LAW NO. 1 OF COMAL COUNTY
### NO. 2024CV0352, THE HONORABLE RANDAL C. GRAY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on April 14, 2025. On April 22, 2025, this Court sent a notice to appellant informing him that his brief was overdue and that a failure to file a satisfactory response by May 2, 2025, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Karin Crump, Justice

Before Justices Triana, Theofanis, Crump

Dismissed for Want of Prosecution

Filed: May 30, 2025